# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Initial

| Date: | 12/4/2015 | | Case Number: | CR 15-4276 MCA | |
|---|---|---|---|---|---|
| Case Title: USA v. | Matthew Martinez | | Liberty: | Rio Grande @ | 11:00 am |
| Courtroom Clerk: | E. Romero | | Total Time: | 2 minutes | |
| Probation/Pretrial: | A. Candelaria | | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Shana Long | Defendant: | Pro-Se |
|---|---|---|---|

PROCEEDINGS:

| | |
|---|---|
| ☒ | Defendant Sworn |
| ☒ | Defendant received copy of charging document |
| ☒ | Defendant advised of rights and penalties |
| ☒ | Defendant wants Court appointed counsel |
| ☒ | Government moves to detain |
| ☒ | Defendant remanded to the custody of the United States Marshal's Service |
| ☒ | Arraignment/Detention     12/8/2015     @ 9:00 am |
| ☒ | Other: Rio Grande Courtroom; Defendant to receive medical attention |