| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE ||||||
|---|---|---|---|---|---|
| Before the Honorable Karen B.Molzen ||||||
| United States Magistrate Judge ||||||
| Clerk's Minutes | | Arraignment/Detention ||||
| Date: | 12/8/2015 || Case Number: | CR 15-4276 MCA ||
| Case Title: USA v. | Matthew Martinez || Liberty: | Rio Grande @ | 9:25 am |
| Courtroom Clerk: | E. Romero || Total Time: | 4 minutes ||
| Probation/Pretrial: | A. Selph & A. Candelaria || Interpreter: | n/a ||
| ATTORNEYS PRESENT: ||||||
| Plaintiff: | Shana Long ||| Defendant: | Angela Arellanes |
| PROCEEDINGS: ||||||
| ☐ | First Appearance of Defendant |||||
| ☒ | Defendant received a copy of the Indictment |||||
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |||||
| ☒ | Defendant waives reading of Indictment |||||
| ☒ | Defendant is ready to enter a plea |||||
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |||||
| ☒ | Motions due by:12/28/2015 |||||
| ☒ | Discovery Order electronically filed |||||
| ☒ | Case assigned to: Chief Judge Armijo |||||
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |||||
| ☒ | Defendant remanded to custody of the United States Marshal's Service |||||
| ☐ | Other: |||||