IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BY DIRECTION OF THE HONORABLE M. CHRISTINA ARMIJO**, the following case is hereby set for jury selection and trial on a trailing calendar at the time and date indicated below.

United States v. Matthew Martinez
CR 15-4276 MCA

## NOTICE OF JURY SELECTION AND TRIAL

**Monday, February 8, 2016 at 9:00 a.m.**
Pete V. Domenici United States Courthouse
333 Lomas Boulevard NW, Chama Courtroom (Fourth Floor)
Albuquerque, New Mexico

### PRETRIAL DEADLINES

| | |
|---|---|
| **CHANGES OF PLEA** | **January 25, 2016 no later than 12:00 noon** |
| **MOTIONS TO CONTINUE** | **January 25, 2016 no later than 12:00 noon** |
| **MOTIONS IN LIMINE** | **January 15, 2016 (responses due January 28, 2016 or 8 days after the filing of the Motion)** |
| **JURY INSTRUCTIONS** | **February 1, 2016 no later than 12:00 noon** |
| **CALL OF THE CALENDAR/ PRE-TRIAL CONFERENCE** | **Thursday, February 4, 2016 at 9:00am** |

**Changes of Plea and Plea Agreements:** It is counsel's responsibility to advise the Court of a change of plea. Guilty pleas must be entered before the Court will excuse a jury and all pretrial deadlines remain in effect.

**Motions to Continue**: Motions for continuance should be filed in accordance with 18 U.S.C. §3161(h)(7)(A), specifically setting forth the factual grounds justifying the continuance under this statute. In cases involving multiple defendants, counsel must file a joint motion for continuance with all counsel signing the motion. Counsel should not assume that the Court will automatically grant last-minute stipulated motions for continuances.

**Motions to extend deadlines should also address the need, if any, to continue the pending trial date.**

Please refer to the attachment (revised and effective September 1, 2011) for further instructions regarding preparation for trials before Chief Judge Armijo.

Inquiries and/or notices of change of plea should be directed to Carol Walker, Courtroom Deputy to Chief Judge Armijo at **(505) 348-2314**.

_____
MATTHEW J. DYKMAN, Clerk