# UNITED STATES DISTRICT COURT

for the

District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO
2015 DEC -2 PM 1:48

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
15 DEC 10 AM 9: 55

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-CR-4276 MCA |
| MATTHEW MARTINEZ | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATTHEW MARTINEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) Distribution of Heroin.

Date:     12/01/2015

*Issuing officer's signature*

City and state:     Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/01/15 , and the person was arrested on *(date)* 12/03/15 at *(city and state)* ABQ, NM . |
| Date: 12/03/15                              *Arresting officer's signature* |
| Signed for FBI          Antonio Ramirez / DUSA, *Printed name and title* |